# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |

|  | Case Number: | **CR 96-4005-2-MWB** |
|---|---|---|
| **JUAN A. ARREDONDO** | USM Number: | **09262-045** |
|  | **R. Scott Rhinehart** | |
|  | Defendant's Attorney | |

## THE DEFENDANT:

■ admitted guilt to violation of condition(s)  **1 a-b, 2, 3 a-b, 4 a-b, 5, 6, 7**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 a-b | Failure to Report to USPO and Submit Monthly Reports | September 24, 2010 |
| 2 | Failure to Maintain Employment | July 15, 2010 |
| 3 a-b | Failure to Notify USPO Prior to Change in Residence or Employment | November 16, 2010 |
| 4 a-b | New Law Violation | November 22, 2010 |
| 5 | Leaving the Judicial District Without Permission | November 16, 2010 |
| 6 | Excessive Use of Alcohol | November 16, 2010 |
| 7 | Association With Known Felon | November 16, 2010 |

The defendant is sentenced as provided in pages 2 through  **3**  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**February 24, 2011**
Date of Imposition of Judgment

Mark W. Bennett
Signature of Judge

**Mark W. Bennett, U.S. District Judge**
Name and Title of Judge

2/24/2011
Date

DEFENDANT:       **JUAN A. ARREDONDO**
CASE NUMBER:     **CR 96-4005-2-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **36 months.**

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐ a_____  ☐  a.m.   ☐  p.m.   on   _____  .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on   _____  .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

a  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        **JUAN A. ARREDONDO**
CASE NUMBER:      **CR 96-4005-2-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    **No Term of Supervised Release
shall be reimposed.**